Claim #PR-000000-125435

ID # REDACTED

# K. B. Janitorial
110 Singing Hills Cove
Vicksburg, MS  39180
(601) 618-5485

**INVOICE**
**01653**

Exhibit "N"

Charles Pendleton
131 Robinhood Road
Vicksburg, MS  39180

1. Removal & disposal of water
2. Removal & disposal of insulation in walls & ceilings in affected area
3. Removal & disposal of drywall in affected
4. Removal & disposal of all damaged wood trim (base, crown, chair rail) in affected area
5. Removed all damaged plumbing & electrical fixtures in affected area
6. Removal & disposal of hardwood flooring in affected area
7. Removal & disposal of damaged ceramic tile in affected area
8. Removal & disposal of all drywall nails & screws in affected area
9. Removal & disposal of damaged AC grills and water soaked AC duct insulation
10. Furniture, clothing, and other personal property manipulation/removed and/or disposed

EXHIBIT
2
KBurleyo5/11/17

SA.000078

*Clm #1R-00000125435*

Charge  $34,500.00
Tax        2,415.00
Total    $36,915.00

Payment due upon receipt of invoice
We work directly for homeowner. We do not get involved in disputes between homeowner and insurance companies.

SA.000079