Claim #FR-000000-123455

# Invoice

**BENARD CONSTRUCTION CO., INC.**

1901 NORTH FRONTAGE RD
SUITE 10
VICKSBURG, MS 39180

Exhibit "O"

| Date | Invoice # |
|---|---|
| 3/16/2016 | 2014-1252 |

| Bill To |
|---|
| Charles Pendleton
131 Robinhood Road
Vicksburg, MS 39180 |

ID #
64-0802897



EXHIBIT
4
JBenard 05/10/17

| P.O. No. | Terms | Project |
|---|---|---|
| | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Storm Effected Area | | |
| 2,046 | For the Disposal and Removal of 2,046 sq. ft. of concrete and replaced with 3500 PSI concrete reinforced with fiber @ $11.00 per sq. ft. | 11.00 | 22,506.00 |
| | Sales Tax | 7.00% | 1,575.42 |

**Total** $24,081.42

SA.000077