BENARD CONSTRUCTION CO., INC.

1901 NORTH FRONTAGE RD
SUITE 10
VICKSBURG, MS 39180

Claim #PR-0000000-125455 *(handwritten)*

# Invoice

Exhibit "F"

| Date | Invoice # |
|---|---|
| 3/16/2016 | 2014- 1252 |

**Bill To**

Charles Pendleton
131 Robinhood Road
Vicksburg, MS 39180

ID #
64-0802897 *(handwritten)*

| P.O. No. | Terms | Project |
|---|---|---|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Storm Effected Area |  |  |
| 2,046 | For the Disposal and Removal of 2,046 sq. ft. of concrete and replaced with 3500 PSI concrete reinforced with fiber @ $11.00 per sq. ft. | 11.00 | 22,506.00T |
|  | Sales Tax | 7.00% | 1,575.42 |

**Total** $24,081.42

*Claim #PR-0000000-125435*

Edward Williams
Vicksburg, MS 39180

Charles Pendleton  Invoice #6731
131 Robinhood Road  March 18, 2016
Vicksburg, MS 39180

Replaced all breakers in both electrical panels. All breakers were badly damaged by excessive water.

| | |
|---|---|
| Cost | $7,280.00 |
| Tax | 509.60 |
| Total | $7,789.60 |

# Invoice

**Harvey Williams Heat & Air**
662-571-4351

**No. 179801**

**SOLD TO:** Chuck Pendleton
**ADDRESS:** 131 Robin Road Rd
**CITY, STATE, ZIP:** Vicksburg, MS 39180

**Claim# PR0000000-125435**

**DATE:** 3/25/16

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | Replaced panel board | | | 1500 00 |
| | | Replaced ignitor | | | |
| | | dryed water from unit | | | |
| | | insulated and retaped ducts | | | |
| | | | | | |
| | | Rheem Inside Unit | | | |
| | | | | | 1500 00 |
| | | | | Tax | 105 00 |
| | | | | | 1605 00 |

Claim # PR-0000000-125435

ID # 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

**INVOICE**
01653

## K. B. Janitorial
110 Singing Hills Cove
Vicksburg, MS 39180
(601) 618-5485

Charles Pendleton
131 Robinhood Road
Vicksburg, MS 39180

1. Removal & disposal of water
2. Removal & disposal of insulation in walls & ceilings in affected area
3. Removal & disposal of drywall in affected
4. Removal & disposal of all damaged wood trim (base, crown, chair rail) in affected area
5. Removed all damaged plumbing & electrical fixtures in affected area
6. Removal & disposal of hardwood flooring in affected area
7. Removal & disposal of damaged ceramic tile in affected area
8. Removal & disposal of all drywall nails & screws in affected area
9. Removal & disposal of damaged AC grills and water soaked AC duct insulation
10. Furniture, clothing, and other personal property manipulation/removed and/or disposed

Claim # PR-0000000125433

Charge  $34,500.00
Tax      2,415.00
Total   $36,915.00

Payment due upon receipt of invoice
We work directly for homeowner.  We do not get involved
in disputes between homeowner and insurance companies.

Claim #PR0000000-125435

# Ted Holman Construction

3606 Tiffintown Road

Vicksburg, MS 39183

Phone: 601-218-7947　　　　　　　　　　　　e-mail:
tcholm_1999@yahoo.com

## INVOICE

Date: 3-28-16

Customer: Charles Pendelton

Water damage at residence

1. Remove and dispose of wood flooring to include all glue and cleaning of floors
   to except new flooring.　　　　　　　　　　　　　　　　　　　$5875.00
2. Remove insulation that was water damaged.　　　　　　　　　　$ 725.00
3. Treat all exposed wood and walls with mildeciced and mold preventer　$1275.00

　　　　　　　　　　　　　　　　　　　　　　　　　　　Total Due
$7875.00

"Thank You We Appreciate Your Business"