Claim #IK-000000-125455 (handwritten)

# BENARD CONSTRUCTION CO., INC.

1901 NORTH FRONTAGE RD
SUITE 10
VICKSBURG, MS 39180

Exhibit "M"

# Invoice

| Date | Invoice # |
|---|---|
| 3/16/2016 | 2014 1252 |

**Bill To**

Charles Pendleton
131 Robinhood Road
Vicksburg, MS 39180

ID # 64-0802897 (handwritten)


EXHIBIT 4
JBenard 05/10/17

| P.O. No. | Terms | Project |
|---|---|---|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Storm Effected Area |  |  |
| 2,046 | For the Disposal and Removal of 2,046 sq. ft. of concrete and replaced with 3500 PSI concrete reinforced with fiber @ $11.00 per sq. ft. | 11.00 | 22,506.00 |
|  | Sales Tax | 7.00% | 1,575.42 |

**Total** $24,081.42

SA.000077