**Invoice**

Harvey Williams Heat & Air
662-571-4351

Sold To: Choker Pendleton
731 Robin Wood Rd
Vicksburg, MS 39180

Claim # PKuuuuu-125435

Date: 7/25/16

| Description | Amount |
|---|---|
| Replaced panel board | 1500 00 |
| Replaced ignitor | |
| dryed water from unit | |
| insulated and wraped ducts | |
| | |
| Rheem Inside Unit | |
| | 1500 00 |
| TAX | 105 00 |
| | 1605 00 |

EXHIBIT
3
Hwilliams 05/10/17

SA.000073